# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**



United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102–3489

RE:         USA vs.
USDC No.:   1:07–MJ–00253–SMS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
October 25, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.


                         Very truly yours,

**October 29, 2007**      /s/  **A. Gil–Garcia**
                         _____

                         Deputy Clerk

RECEIVED BY:
                         _____

                         Please Print Name

DATE RECEIVED:
                         _____


NEW CASE
NUMBER:                  _____



## COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | **Eastern District of California** |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS<br><br>JOSE ANTONIO CAMACHO-MENDEZ | Docket Number |
| | Magistrate Case Number<br>1:07-MJ-00253 |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☒ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 21, U.S.C. § SECTION 846, 841(b)(1)(A)(I);2;
18,21                                    853

DISTRICT OF OFFENSE Northern of California, San Francisco

DESCRIPTION OF CHARGES: possession with indent to distribute + to distribute heroin;

CURRENT BOND STATUS: ___ Bail fixed at _____ and conditions were not met

☒ Government moved for detention and defendant detained after hearing in District of Arrest

___ Government moved for detention and defendant detained pending detention hearing in District of Offense

___ Other (specify)

Representation: ___ Retained Counsel  ☒ Federal Defender  ___ CJA Attorney  ___ None

Interpreter Required?  ___ No  ☒ Yes  Language: Spanish

TO:  THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named
defendant with a certified copy of this commitment forthwith
to the district of offense as specified above and there deliver
the defendant to the United States Marshal for the District or to
some other officer authorized to receive the defendant.

_____10/25/07_____          _____
Date                        SANDRA M. SNYDER, United States Magistrate Judge

I hereby attest and certify on 10/29/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

### RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____<br>DEPUTY MARSHAL |

as of 10/2000

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.    1:07-mj-00253-SMS |
| | ) |
| VS. | ) **DETENTION ORDER** |
| | ) |
| JOSE ANTONIO CAMACHO-MENDEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

I hereby attest and certify on 10/29/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

**A.    Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

**B.    Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

___X___    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

___X___    By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**C.    Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court, and that which was contained in the Pretrial Services Report, and includes the following:

___X___    (1) Nature and circumstances of the offense charged:

    ___X___    (a) The crime:  21 U.S.C. § 846, 841(b)(1)(A)(I) & 18 U.S.C. § 2;
                     21 U.S.C. § 841(a)(1) & (b)(1)(A) (i).

        is a serious crime and carries a maximum penalty of:    10 yrs.-life/$4,000,000.

    _____    (b) The offense is a crime of violence.

    _____    (c) The offense involves a narcotic drug.

    _____    (d) The offense involves a large amount of controlled substances, to wit:

_____    (2) The weight of the evidence against the defendant is high.

___X___    (3) The history and characteristics of the defendant, including:

    _____(a) General Factors:

        _____    The defendant appears to have a mental condition which may affect whether the defendant will appear.

        _unk._    The defendant has no family ties in the area.

        _unk._    The defendant has no steady employment.

        _unk._    The defendant has no substantial financial resources.

        _____    The defendant is not a long time resident of the community.

        _unk._    The defendant does not have any significant community ties.

        _____    Past conduct of the defendant:

        _____    The defendant has a history relating to drug abuse.

        _____    The defendant has a history relating to alcohol abuse.

        _____    The defendant has a significant prior criminal record.

        _____    The defendant has a prior record of failure to appear at court proceedings.

_____(b) Whether the defendant was on probation, parole, or release by a court:
At the time of the current arrest, the defendant was on:

_____  Probation

_____  Parole

_____  Release pending trial, sentence, appeal, or completion of sentence.

(c) Other Factors:

__X__  The defendant is an illegal alien and is subject to deportation.

_____  The defendant is a legal alien and will be subject to deportation if convicted.

__X__  Other:  The defendant is to be transported to the Northern District of California, San Francisco, as soon as practicable.

_____  (4) The nature and seriousness of the danger posed by the defendant's release are as follows:

__X__  (5) Rebuttable Presumptions

_____In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the defendant has not rebutted:

_____  a.    That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:

    _____  (A) A crime of violence;

    _____  (B) An offense for which the maximum penalty is life imprisonment or death;

    _____  (C) A controlled substance violation which has a maximum penalty of 10 years or more; or,

    _____  (D) A felony after the defendant had been convicted of 2 or more prior offenses described in (A) through (C) above, and the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above which is less than 5 years old and which was committed while the defendant was on pretrial release.

__X__  b.    That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

    __X__  (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

    _____  (B) That the defendant has committed an offense under 18 U.S.C. §924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

**D.**  **Additional Directives**

Pursuant to 18 U.S.C. §3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; the defendant be afforded reasonable opportunity for private consultation with counsel; and, that on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:  __October 25, 2007__              _____/s/ Sandra M. Snyder_____
                                                                        UNITED STATES MAGISTRATE JUDGE

Case 3:07-cr-00645-MMC    Document 41    Filed 10/31/2007    Page 5 of 6

INTERPRETER

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-00253-SMS All Defendants
### Internal Use Only

Case title: USA v. Camacho-Mendez

Date Filed: 10/24/2007
Date Terminated: 10/25/2007

Assigned to: Magistrate Judge Sandra
M. Snyder     -

## Defendant

**Jose Antonio Camacho-Mendez** (1)
*TERMINATED: 10/25/2007*

represented by **Eric Vincent Kersten**
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
(559) 487-5561
Fax: (559) 487-5950
Email: eric_kersten@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

I hereby attest and certify on 10/29/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

## Plaintiff

USA                                   represented by   **Karen Ann Escobar**
                                                       United States Attorney
                                                       2500 Tulare Street
                                                       Suite 4401
                                                       Fresno, CA 93721
                                                       (559) 497-4094
                                                       Fax: (559) 497-4099
                                                       Email: karen.escobar@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2007 | ●1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Jose Antonio Camacho-Mendez (Gil-Garcia, A) (Entered: 10/25/2007) |
| 10/25/2007 | ●2 | MINUTES (Text Only) for proceedings held before Judge Sandra M. Snyder on 10/25/2007: Oral MOTION for appointment of counsel - So Ordered. INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS from Northern Dist of CA, S.F. re Unsealed Indictment as to Jose Antonio Camacho-Mendez held - advised charges & rights; waived reading, rights & I.D. Hearing - defendant enteres a NOT GUILTY PLEA. DETENTION HEARING held, submitted - defendant Ordered DETAINED and TRANSPORTED. Jose Antonio Camacho-Mendez terminated. Added attorney Karen Ann Escobar for USA, Eric Vincent Kersten for Jose Antonio Camacho-Mendez. Government Counsel K. Escobar present. Defense Counsel E. Kersten - FD appointed present. Custody Status: in Custody. Court Reporter/CD Number: M. Rooney. Interpreter SPANISH - A. Watrous present, added. (Herman, H) (Entered: 10/26/2007) |
| 10/25/2007 | ●4 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Jose Antonio Camacho-Mendez. (Gil-Garcia, A) (Entered: 10/29/2007) |
| 10/25/2007 | ●5 | COMMITMENT to ANOTHER DISTRICT as to Jose Antonio Camacho-Mendez. Defendant committed to District of Northern. Signed by Judge Sandra M. Snyder on 10/25/07. (Gil-Garcia, A) (Entered: 10/29/2007) |
| 10/25/2007 | ●6 | TRANSMITTAL of DOCUMENTS re 5 Commitment to Another District on *10/25/2007* to * United States District Court* *Northern District of California* *450 Golden Gate Avenue* *San Francisco, CA 94102-3489*. *Electronic Documents: 1 to 5. *. (Gil-Garcia, A) (Entered: 10/29/2007) |
| 10/26/2007 | ●3 | DETENTION ORDER as to Jose Antonio Camacho-Mendez - defendant Ordered DETAINED, signed by Judge Sandra M. Snyder on 10/25/2007. (Herman, H) (Entered: 10/26/2007) |