AO 442 (Rev. 5/93) Warrant for Arrest

*140226 6*
*0811-1023-0058-2*

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

Jose Antonio Camacho-Mendez
To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CR 07-645 MMC

**FILED**

YOU ARE HEREBY COMMANDED to arrest <u>Jose Antonio Camacho-Mendez</u>

NOV 5 - 2007

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(X) Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with 21:846, 841(b)(1)(A)(I), 18:2 possession with intent to distribute and to distribute heroin, possession with intent to distribute and distribute controlled substance 21:853

in violation of Title   See above   United States Code, Section(s) __

_____   Deputy Clerk
                            Title of Issuing Officer

*[signature]*

_____   San Francisco 10/11/07
Signature of Issuing Officer    Date and Location

RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA
2007 OCT 12 PM 10: 22

Bail fixed at $ <u>no bail</u>   by   <u>Edward Chen, U.S. Magistrate Judge</u>
                                      Name of Judicial Officer

---

RETURN Subject was arrested in Delhi, CA (DEA)

This warrant was received and executed with the arrest of the above-named defendant at ~~San Francisco, CA~~ DELHI ~~Fresno~~, Ca by DSA

| Date received 10/11/2007 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/24/2007 | Federico Rocha US Marshal | CHRISTIAN L. HANSON DEPUTY U.S. MARSHAL |