1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 168973)
3   Chief, Criminal Division

4   KIRSTIN M. AULT (CABN 206052)
    Assistant United States Attorney

5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6940
7       Facsimile: (415) 436-7234
        E-mail: kirstin.ault@usdoj.gov

8

9   Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,          )    No.    CR 07-00645 MMC
                                        )
15          Plaintiff,                  )
                                        )    NOTICE OF CHANGE OF COUNSEL
16      v.                              )
                                        )
17  WILLIAMS ET. AL,                    )
                                        )
18          Defendant.                  )
                                        )
19  _____    )

20

21      The United States Attorney's Office hereby files this Notice of Change of Counsel to

22  advise the court that Assistant United States Attorney ("AUSA") Andrew Scoble  is no longer

23  assigned to this case.  Accordingly, AUSA Andrew Scoble (andrew.scoble@usdoj.gov)

24  should be removed from the list of persons to be noticed.

25

26
    DATED:_____1/18/08_____              _____/s/_____
27                                           KIRSTIN M. AULT
                                             Assistant United States Attorney
28