IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

E-Filing

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT GLENN DYER DETENTION FACILITY |
| ) | |
| v. ) | |
| ) | |
| RONALD WILLIAMS, et.al., ) | |
| ) | The Honorable Maxine M. Chesney |
| Defendants. ) | |

///

1  Finding good cause shown, as discovery has been provided in digital audio format:
2  IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3  player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North
4  County);
5  RONALD WILLIAMS,
6  JOSE JUAN PENALOZA-HILARIO,
7  SAMUEL ARANDA,
8  MICHAEL JOSEPH SILVA,
9  RONALD LEE HINES,
10 JOSE ANTONIO CAMACHO-MENDEZ,
11 EDWARD LEROY MOORE.
12
13 IT IS SO ORDERED.
14
15 Dated:  MAR 1 2 2008
16                                          THE HONORABLE MAXINE M. CHESNEY
                                             United States District Judge