1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 R Street
Fresno, California 93721
3 Telephone:   (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**JOSE A. CAMACHO-MENDEZ**
6

7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA,            ) | **CASE NO. 3:07-CR-00645-MMC** |
| 12                     Plaintiff,                     ) |  |
|                                                        ) | **DEFENDANT'S REQUEST FOR** |
| 13           v.                                        ) | **RESERVATION OF MOTIONS** |
|                                                        ) |  |
| 14 JOSE A. CAMACHO-MENDEZ          ) |  |
|                                                        ) |  |
| 15                     Defendant.                  ) | **DATE:    October 22, 2008** |
|                                                        ) | **TIME:    10:00a.m**. |
| 16                                                    ) | **DEPT:    4** |
| _____) | **Honorable Maxine M. Chesney** |

17

18
    Defendant, JOSE ANTONIO CAMACHO-MENDEZ, respectfully requests the
19
right to reserve the filing of further motions in this matter including any motions to
20
suppress based on the search warrants and wire tap evidence.
21
    Defendants motions will be filed upon receipt of complete discovery and review of
22
the Title 3 wiretap discovery, pertinent tapes and evidence which the government intends
23
to introduce at trial.
24
    Attempts to resolve have just been received on August 19, 2008 with the initial
25
Government's assessment and suggestion of plea.  Said plea has not been communicated
26
to the Defendant due to the Glenn Dyer Facility requiring 48 hours written notice for a
27

28

1 | contact visit. The Government's first offer in this matter as to Jose A. Camacho-Mendez
2 | was just received on August 19, 2008. I was in trial last week through Friday, August 22,
3 | 2008 and have not communicated the offer to my client.

4 | Dated: August 27, 2008                    Respectfully Submitted,

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
**JOSE A. CAMACHO-MENDEZ**