**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 R Street
Fresno, California 93721
Telephone:   (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**JOSE A. CAMACHO-MENDEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                     )<br>            Plaintiff,                         )<br>                                                     )<br>    v.                                            )<br>                                                     )<br>JOSE A. CAMACHO-MENDEZ    )<br>                                                     )<br>            Defendant.                    )<br>                                                     )<br>_____) | **CASE NO. 3:07-CR-00645-MMC**<br><br>**DEFENDANT JOSE CAMACHO-MENDEZ'S REQUEST FOR NOTICE UNDER RULE 12(D)(2), FEDERAL RULES OF CRIMINAL PROCEDURE**<br>**DATE:**       October 22, 2008<br>**TIME:**        10:00a.m.<br>**DEPT:**        4<br>**Honorable Maxine M. Chesney** |

**TO:   JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY AND TO BARBARA BRENNAN SILANO AND KIRSTIN M. AULT, ASSISTANT U.S. ATTORNEYS:**

   **PLEASE TAKE NOTICE** that at the time, date and place noted above, or as soon thereafter as the matter may be heard before the Honorable Maxine M. Chesney, United States District Court Judge, Defendant Jose A. Camacho-Mendez, by and through undersigned counsel, will and hereby moves this Court for an order compelling notice by the government of its intention to use in its case in chief at trial any evidence which the defendant may be entitled to discovery under Rule 16 of the Federal Rules of Criminal Procedure.

   .

1  This request is made pursuant to Rule 12(d)(2) of the Federal Rules of Criminal
2  Procedure in order to afford defendant the opportunity to move to suppress any such
3  evidence under Rule 12(b)(3).
4      Rule 12(d)(2) states as follows:

> (d)(2) Notice by the Government of the Intention to use Evidence at the Request of Defendant.
> At the arraignment or as soon thereafter as is practicable the defendant may, in order to afford an opportunity to move to suppress evidence under subdivision(b)(3) of this rule, request notice of the government's intention to use (in its evidence in chief at trial) any evidence which the defendant may be entitled to discovery under Rule 16 subject to any relevant limitations prescribed in Rule 16.

Dated: August 27, 2008      Respectfully Submitted,

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
**JOSE A. CAMACHO-MENDEZ**