United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00645 MMC |
| Plaintiff | **ORDER DIRECTING DEFENDANT JOSE A. CAMACHO-MENDEZ TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |
| v. | |
| RONALD WILLIAMS, et al., | |
| Defendants | |

On August 27, 2008, defendant Jose A. Camacho-Mendez electronically filed four motions: (1) Motion for Discovery, (2) Request for Reservation of Motions, (3) Request for Notice under Rule 12(d)(2), and (4) Motion for Any Rule 404(b) Evidence regarding Prior or Subsequent Bad Acts. Defendant has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

Defendant is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if he fails in the future to comply with the General Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not

1 | limited to, striking from the record any electronically-filed document of which a chambers
2 | copy has not been timely provided to the Court.

4 | **IT IS SO ORDERED.**

5 | Dated: September 9, 2008

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge