IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>RONALD WILLIAMS, et al.,<br><br>  Defendants<br>_____/ | No. CR 07-00645 MMC<br><br>**ORDER DIRECTING DEFENDANT JOSE A. CAMACHO-MENDEZ TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45** |

    By order filed September 9, 2008, the Court directed defendant Jose A. Camacho-Mendez ("Camacho-Mendez") to lodge chambers copies of four motions, filed by Camacho-Mendez on August 27, 2008, in compliance with General Order 45 and the Court's Standing Orders. (See Order filed September 9, 2008.) To date, Camacho-Mendez has failed to submit chambers copies of the above-referenced documents.

    Accordingly, if Camacho-Mendez fails to deliver to the Clerk's Office such chambers copies by September 29, 2008 at 4:00 p.m., the above-referenced documents will be STRICKEN.

**IT IS SO ORDERED.**

Dated: September 26, 2008

                                           MAXINE M. CHESNEY<br>                                           United States District Judge