STEVE EMERY TEICH, #78397
Attorney at Law
1390 Market Street, Suite 310
San Francisco, CA 94102
Telephone: (415) 864-5494
Facsimile: (415) 864-1305

Attorney for Defendant
**JOSE ANTONIO CAMACHO-MENDEZ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE ANTONIO CAMACHO-MENDEZ ) <br> ) <br> Defendant. ) | CASE NO. 3:07-CR-00645-MMC <br><br> **SUBSTITUTION OF ATTORNEY ; ORDER** |

Defendant, JOSE ANTONIO CAMACHO-MENDEZ, hereby substitutes Steve E. Teich, with law offices at 1390 Market Street, Suite 310, San Francisco, California 94102, in place and stead of Nicholas F. Reyes, Esq.

Dated: 11/04/08

JOSE A. CAMACHO-MENDEZ, Def.

Dated: 11-3-08

NICHOLAS F. REYES, ESQ.

I accept the above substitution.

Dated: 11-4-08

STEVE E. TEICH, ESQ.

IT IS SO ORDERED

Dated: November 5, 2008

U.S. DISTRICT COURT JUDGE