IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645-18 MMC |
| Plaintiff, | **ORDER DENYING MOTION FOR SENTENCE REDUCTION** |
| v. | |
| JOSE ANTONIO CAMACHO-MENDEZ, | |
| Defendant. / | |

Before the Court is defendant Jose Antonio Camacho-Mendez's ("Camacho-Mendez") letter, in which he contends he is "entitled to an offense level reduction retroactively by two levels." (See Letter, filed April 23, 2015, Doc No. 602.) By said letter, Camacho-Mendez appears to be seeking a reduction of his sentence pursuant to Amendment 782 to § 1B1.10 of the United States Sentencing Guidelines, which amends certain drug sentencing guidelines and applies retroactively. (See U.S.S.G. App. C, Amend. 782). On May 28, 2015, the United States Probation Office ("Probation Office") filed a "Sentence Reduction Investigation Report," concluding Camacho-Mendez is not entitled to a reduction of his sentence, for the reason that he was sentenced pursuant to the money laundering guideline, not the drug guideline. (See Sentence Reduction Investigation Report, filed May 28, 2015, Doc. No. 607, at 2.) The United States Attorney's Office for the Northern District of California is in agreement with the Probation Office's

report. (Id.)

Having read and considered the letter and the responses thereto, the Court finds, for the reasons stated by the Probation Office, that Camacho-Mendez is not entitled to a reduction of his sentence.

Accordingly, defendant's request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 8, 2015

MAXINE M. CHESNEY
United States District Judge