IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645-18 MMC |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; SETTING BRIEFING SCHEDULE** |
| v. | |
| JOSE ANTONIO CAMACHO-MENDEZ, | |
| Defendant. / | |

Before the Court is the Request for Leave to File Motion for Reconsideration, filed June 10, 2015, by defendant Jose Antonio Camacho-Mendez ("Camacho-Mendez"), in which Camacho-Mendez seeks reconsideration of the Court's order of June 8, 2015, denying his motion for a reduction of his sentence. No response to the motion has been filed. Having read and considered the motion, the Court hereby rules as follows.

As set forth in the instant motion, the Court, in denying Camacho-Mendez's motion for a sentence reduction, had relied on the Sentence Reduction Investigation Report ("SRIR") submitted by the United States Probation Office. In the instant motion, counsel for Camacho-Mendez also states an "incorrect" (see Mot. at 2:6) version of the SRIR was filed with the Court, and "it is [her] understanding that Probation . . . will submit an amended SRIR indicating that Mr. Camacho-Mendez *is* eligible for a reduction in sentence" (see id. at 2:4-6 (emphasis in original)). Counsel's understanding has proved correct. (See

Revised Sentence Reduction Investigation Report ("RSRIR"), filed June 17, 2015.)

In light of the above, Camacho-Mendez's Request for Leave to File Motion for Reconsideration is hereby GRANTED, and said request is hereby deemed the motion for reconsideration. Any response to the motion and/or RSRIR shall be filed no later than June 26, 2015. No later than July 7, 2015, Camacho-Mendez shall file any reply thereto.

**IT IS SO ORDERED.**

Dated: June 17, 2015

MAXINE M. CHESNEY
United States District Judge