1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0645-18 MMC |
| Plaintiff, | **ORDER GRANTING MOTION FOR RECONSIDERATION** |
| v. | |
| JOSE ANTONIO CAMACHO-MENDEZ, | |
| Defendant. | |

_____/

Before the Court is the Motion for Reconsideration, filed June 10, 2015, by defendant Jose Antonio Camacho-Mendez ("Camacho-Mendez"), in which Camacho-Mendez seeks reconsideration of the Court's order of June 8, 2015, denying his motion for a reduction of his sentence pursuant to United States Sentencing Guideline Amendment 782. No response by the Government has been filed. Having read and considered the motion, the Court hereby rules as follows.

By the instant motion, Camacho-Mendez asserts he is "eligible for a reduction to 168 months." (See Mot. at 5:6-7.) As set forth in its order of June 8, 2015, the Court, in denying Camacho-Mendez's motion for a sentence reduction, relied on the Sentence Reduction Investigation Report, filed May 28, 2015, by the United States Probation Office ("Probation Office"). Subsequent to the Court's June 8, 2015 order, however, the Probation Office filed a Revised Sentence Reduction Investigation Report ("RSRIR"), in which it

states it "has recalculated the defendant's guideline range" and recommends a custodial sentence of 168 months, a term of imprisonment 12 months shorter than Camacho-Mendez's original sentence of 180 months.  (See RSRIR, filed June 17, 2015, at 2-3.)

In light of the above, Camacho-Mendez's motion for reconsideration is hereby GRANTED, and Camacho-Mendez's sentence shall be reduced to 168 months.

**IT IS SO ORDERED.**

Dated: July 2, 2015

MAXINE M. CHESNEY
United States District Judge